**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | § |
| | | § |
| | | § |
| **v.** | | § |
| | | § |
| **USPLABS, LLC** | **(1)** | § |
| **JACOBO GEISSLER** | **(2)** | § |
| **JONATHAN DOYLE** | **(3)** | § |
| **MATTHEW HEBERT** | **(4)** | § |
| **KENNETH MILES** | **(5)** | § |
| **S.K. LABORATORIES** | **(6)** | § |
| **SITESH PATEL** | **(7)** | § |
| **CYRIL WILLSON** | **(8)** | § |

No. 3:15-cr-00496-L

**JOINT MOTION TO VACATE SCHEDULING ORDER**
**AND CONTINUE TRIAL DATE**

The parties in above-entitled and numbered cause, Defendants USPlabs, LLC, Jacobo

Geissler, Jonathan Doyle, Matthew Hebert, Kenneth Miles, S.K. Laboratories, Inc., Sitesh Patel,

and Cyril Willson (collectively, "Defendants") and the government file this Joint Motion to

Vacate Scheduling Order and Continue the Trial Date and respectfully show the Court as

follows:

1.      The Defendants were indicted on November 17, 2015.  On February 12, 2016, this Court

entered an Order Declaring the Case Complex and Continuing Trial Date [Dkt. No. 102] (the

"Scheduling Order").   In the Scheduling Order, the Court set this case for trial to begin on

Monday, January 23, 2017 at 9:00 a.m.  As set forth in more detail below, the Parties jointly

request that the Court: (1) vacate the Scheduling Order; and (2) continue the trial date to one of

the 3 dates listed below (consistent with the Court's availability).

**Joint Motion to Vacate Scheduling Order and Continue Trial Date – Page 1**

2.      As noted above, this is a complex case involving two corporations and six individuals and conduct stretching back years.  Following entry of the order of continuance, the government has produced hundreds of thousands of pages in discovery, and both sides contemplate significant expert issues and motion practice.  Indeed, numerous motions have already been filed. Likewise, the Parties anticipate that trial in this case will be complex, involve dozens of fact and expert witnesses, and take weeks.  Defendants and their counsel need additional time to prepare for trial and pre-trial motions. Defendants' Counsel have worked diligently with the government regarding discovery, and will continue to do so.

3.      The Parties jointly request a continuance of the trial date and request that the Court find that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial and that failure to grant such a continuance might result in a miscarriage of justice.  18 U.S.C. § 3161 (h)(7)(A) & (B)(i)(iv).  No Party shall be prejudiced by the granting of this relief:  All Defendants have already filed speedy trial waivers with the Court, and all Parties have agreed with the relief requested in this motion.

4.      The Parties have conferred and further request that the Court, schedule permitting, reschedule trial to start on one of the following dates:  (a) Monday, October 2, 2017; (b) Tuesday, October 10, 2017 (Monday being a legal holiday) or (c) Monday, October 16, 2017. The Parties will be prepared to begin trial on any of those three dates and will not, absent good cause, seek further extension of a trial set to begin on one of these three dates.

**Joint Motion to Vacate Scheduling Order and Continue Trial Date – Page 2**

5.      The Parties further request that the Court vacate the current Scheduling Order and enter a new scheduling order consistent with the trial date that the Court selects.[1]

The Parties therefore respectfully request that the Court (1) vacate the current Scheduling Order; (2) continue the trial date to either October 2, 2017, October 10, 2017, or October 16, 2017; and (3) enter a new scheduling order consistent with the trial date selected.

Dated: October 19, 2016

---

[1]      By seeking this relief, no party waives the right to request that the Court modify any of the deadlines contained in any scheduling order the Court enters.

**Joint Motion to Vacate Scheduling Order and Continue Trial Date – Page 3**

Respectfully submitted,

*/s/ CHRISTOPHER NIEWOEHNER*

Christopher Niewoehner (admitted *pro hac vice*)
Illinois Bar No. 6243575
Reid Weingarten (admitted pro hac vice)
Patrick F. Linehan (admitted *pro hac vice*)
David Fragale (admitted *pro hac vice*)

STEPTOE &JOHNSON LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
rweingarten@steptoe.com

Michael John Uhl
Texas Bar No. 20371050
FITZPATRICK HAGOOD SMITH &UHL
2515 McKinney Ave.
Dallas, TX 75201
Phone: (214) 237-0900
Fax: (214) 237-0901
muhl@fhsulaw.com

**ATTORNEYS FOR DEFENDANT
USPLABS, LLC**

*/s/MICHAEL P. GIBSON*

Michael P. Gibson
Texas Bar No. 07871500
BURLESON PATE &GIBSON LLP
900 Jackson Street
Suite 330
Dallas, TX 75202
Phone: (214) 871-4900
Fax: (214) 871-7543
Email: mgibson@bp-g.com

**ATTORNEY FOR DEFENDANT
JACOBO GEISLER**

JOHN R. PARKER
UNITED STATES ATTORNEY
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Suite 300
Dallas, Texas 75242
214.659.8838

*/s/PATRICK R. RUNKLE*

Patrick R. Runkle

Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
202.532.4723

**Joint Motion to Vacate Scheduling Order and Continue Trial Date – Page 4**

*/s/ RICHARD B. ROPER*
Richard B. Roper
Texas Bar No. 01723370
THOMPSON &KNIGHT LLP
1722 Routh Street
Suite 1500
Dallas, TX 75201
Phone: (214) 969-1700
Fax: (214) 969-1751

**ATTORNEY FOR DEFENDANT**
**JONATHAN DOYLE**

*/s/ S. CASS WEILAND*
S. Cass Weiland
Texas Bar No. 21081300
SQUIRE PATTON BOGGS (US) LLP
2000 McKinney Ave.
Suite 1700
Dallas, TX 75201
Phone: (214) 758-1504
Fax: (214) 758-1550
Email: cass.weiland@squirepb.com

**ATTORNEY FOR DEFENDANT**
**MATTHEW HEBERT**

*/S/ JOSEPH L SHEARIN*
Joseph L Shearin
Law Offices of Joe Shearin
Texas Bar No.
2515 McKinney Ave
Suite 1400
Dallas, TX 75201
214/267-1000
Fax: 214/237-0901
Email: joeshearin@shearinlaw.net

**ATTORNEY FOR DEFENDANT**
**KENNETH MILES**

_/S/ JOSEPH M. MCMULLEN_
Joseph M. McMullen
Cal. Bar No.
Law Offices of Joseph M. McMullen
225 Broadway Suite 1460
San Diego, CA. 92101
(619)501-2000
(619) 615-2264
joe@jmm-legal.com

**ATTORNEY FOR DEFENDANT**
**S.K. LABORATORY INC.**
(admitted _pro hac vice_)


_/S/ PATRICK Q. HALL_
Patrick Q. Hall
Cal. Bar No.
Law Offices of Patrick Q. Hall
California Bar No. 97019
401 B Street, Suite 2220
San Diego, CA. 92101
(619) 268-4040
pat@pqhlaw.com

**ATTORNEY FOR DEFENDANT**
**SITESH PATEL**
(admitted _pro hac vice_)

<u>/S/ ROBERT L WEBSTER</u>
Robert L Webster
Texas Bar No.
Law Office of Robert L Webster
2515 McKinney Avenue
Suite 1400
Dallas, TX 75201
214/237-0900
Fax: 214/237-0901
Email:
robert.webster@bobwebsterlaw.com

**ATTORNEY FOR DEFENDANT
CYRIL WILLSON**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served via the Court's ECF filing system to all registered users on this 19th day of October, 2016.

/s/ Richard B.  Roper
Richard B. Roper